GENERAL COURT, (E. S.) SEPT. TERM, 1801.

M'CAUSLAND, *vs.* WALLER, *sp. ba.* of LEWIS.

Bail to be discharged from a *scire facias*, on motion, when the principal has been released under a bankrupt law.

SCIRE FACIAS to the present term, on a judgment rendered in this court against the principal.

*J. Bayly*, for the defendant, produced a certificate of the discharge of *Philo Lewis*, under the bankrupt law of the United States, and moved that the defendant might be discharged from the *scire facias* as special bail of the said *Lewis*, inasmuch as he could not arrest the principal, and surrender him in consequence of the said certificate.

THE COURT thought it sufficient, and discharged the bail.

*Bullitt*, for the Plaintiff,